UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**COREY WOOTEN,**

    **Plaintiff,**

  v.

    Case No. 2:19-cv-664
    **JUDGE EDMUND A. SARGUS, JR.**
    **Chief Magistrate Judge Elizabeth P. Deavers**

**DR. BARBARA WOODS,** *et al.*,

    **Defendants.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge (the "Report"). (ECF No. 60.) The time for filing objections has passed, and no objections have been filed to the Report. Therefore, the Court **ADOPTS** the Report. (*Id.*) For the reasons set forth therein, the Court **GRANTS** Defendants' Motion for Summary Judgment. (ECF No. 54.) Plaintiff's Complaint, (ECF No. 5), is **DISMISSED**, and the Clerk is **DIRECTED** to close this case on the docket of this Court.

    **IT IS SO ORDERED.**

**3/28/2022**                                  s/Edmund A. Sargus, Jr.
**DATE**                                    **EDMUND A. SARGUS, JR.**
                                             **UNITED STATES DISTRICT JUDGE**